1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  MEGAN T. HOPKINS, Bar #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ELAINA NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00072-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON** |
| vs. | ) | |
| ELAINA NORRIS, | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Elaina Norris, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Specifically, Defendant requests a waiver of appearance for the Status Conference on November 30, 2015, at 1:00 PM. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant is a single parent and is often unable to secure another adult to care for her children in order to appear in court. It is a hardship for Defendant to appear at court appearances

for this reason.  Defendant understands that she will need to be present at any hearing involving any substantive issue.  Defendant respectfully requests that the Court waive her appearance at the November 30, 2015, status conference and all future non-substantive hearings.  The government has no objection to this request.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED:  November 25, 2015            */s/ Megan T. Hopkins*
                                      Megan T. Hopkins
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Elaina Norris

## O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 25, 2015**                  **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE