HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ELAINA NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00072-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | Date: March 28, 2016 |
| ELAINA NORRIS, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the change of plea hearing set for Monday, February 8, 2016 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, March 28, 2016 at 10:00 AM.

The parties are currently finalizing a plea agreement and have agreed to set the matter for a change of plea on March 28, 2016. The additional time is needed for the parties to complete their case investigation and finalize the terms of a plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the June 7, 2016 trial date for *inter alia* defense trial preparation.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: February 3, 2016              */s/ Megan T. Hopkins*
                                              Megan T. Hopkins
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              Elaina Norris

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 3, 2016              */s/ Henry Z. Carbajal III*
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff

## O R D E R

GOOD CAUSE APPEARING, the change of plea hearing set for February 8, 2016, is continued to March 28, 2016, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd. Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the June 7, 2016 trial date for *inter alia* defense trial preparation and time will continue to be excluded on that basis and for the reasons set forth by the parties in their above stipulation. IT IS SO ORDERED.

Dated: **February 3, 2016**                               /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE