HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ELAINA NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00072-DAD-BAM |
| Plaintiff, | **STIPULATIONAND ORDER TO CONTINUE STATUS CONFERENCE RE SENTENCING** |
| vs. | |
| ELAINA NORRIS, | Date: October 3, 2016 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, HENRY Z. CARBAJAL, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the status conference hearing set for June 13, 2016, be continued to October 3, 2016 at 10:00 a.m.

The defense proposes this stipulation because defense counsel will be travelling out of state between June 12 through June 25, 2016.  Upon conferring with the government, a mutually convenient date for the status conference is October 3, 2016, at which time the parties will be prepared to advise the court as to the proposed sentencing schedule.

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  June 8, 2016 | */s/ Megan T. Hopkins*<br>Megan T. Hopkins<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Elaina Norris |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED:  June 8, 2016 | */s/ Henry Z. Carbajal*<br>HENRY Z. CARBAJAL, III<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

## **O R D E R**

The status conference regarding sentencing hearing as to Elaina Norris currently set for June 13, 2016, is continued to **October 24, 2016**, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **June 9, 2016**                                    /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE