| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ELAINA NORRIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00072-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | Date: December 18, 2017 |
| ELAINA NORRIS, | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, HENRY Z. CARBAJAL, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for November 13, 2017, be continued to December 18, 2017 at 10:00 a.m.

Probation has requested additional time to prepare their report in light of a highly impacted schedule for the months of October and November, and defense counsel will utilize the additional time for further investigation and corroboration of mitigating circumstances relevant to a sentencing determination in this case.

///

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 7, 2017 | */s/ Megan T. Hopkins*<br>Megan T. Hopkins<br>Assistant Federal Defender<br>Attorney for Defendant<br>Elaina Norris |
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: September 7, 2017 | */s/ Henry Z. Carbajal*<br>HENRY Z. CARBAJAL, III<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 13, 2017, is continued until December 18, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 7, 2017**

_____
UNITED STATES DISTRICT JUDGE